UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JUDITH FERRENBACH,

                                                                                  JUDGMENT

                    Plaintiff,                                 15-CV-6818 (CBA) (SMG)

    v.

UBER TECHNOLOGIES, INC.,

                    Defendant.
---------------------------------------------------------------X

       A Memorandum and Order of the Honorable Carol Bagley Amon, United States District Judge, having been filed on May 16, 2019, granting Uber's motion to dismiss; it is

       ORDERED and ADJUDGED that Uber's motion to dismiss is granted; and that this case is closed.

Dated: Brooklyn, New York                             Douglas C. Palmer
        May 17, 2019                                     Clerk of Court

                                                    By:    */s/Jalitza Poveda*
                                                               Deputy Clerk